ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2014 JUL 22 PM 4: 24
DEPUTY CLERK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. 3-14CR-0287N |
| ALYSSA NEYLAND | |

### INDICTMENT

The Grand Jury Charges:

Count One
Burglary of a United States Post Office
[Violation of 18 U.S.C. §§ 2115 and 2]

On or about November 30, 2011, in the Dallas Division of the Northern District of Texas, the defendant, **Alyssa Neyland**, did forcibly break into a United States Post Office, located at 720 Lancaster Road, Hutchins, Texas, 75141, with the intent to commit larceny and depredation in such post office.

In violation of 18 U.S.C. §§ 2115 and 2.

Indictment - 1

## Count Two
## Theft of Mail
[Violation of 18 U.S.C. §§ 1708 and 2]

On or about November 30, 2011, in the Dallas Division of the Northern District of Texas, the defendant, **Alyssa Neyland**, did knowingly steal, take and abstract from a post office, located at 720 Lancaster Road, Hutchins, Texas, 75141, a package addressed to P.M., containing a box of checks for P.M.'s checking account number, ending in 1673, at Bank of America.

In violation of 18 U.S.C. §§ 1708 and 2.

Count Three
Theft of Mail
[Violation of 18 U.S.C. §§ 1708 and 2]

On or about November 30, 2011, in the Dallas Division of the Northern District of Texas, the defendant, **Alyssa Neyland**, did knowingly steal, take and abstract from a post office, located at 720 Lancaster Road, Hutchins, Texas, 75141, a letter addressed to J.D., containing a Capital One credit card convenience check.

In violation of 18 U.S.C. §§ 1708 and 2.

Indictment - 3

Forfeiture Notice
18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c)

Upon conviction of the offense alleged in Counts Two and Three, and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the defendant, **Alyssa Neyland**, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
MICHELLE ALLEN-MCCOY
Special Assistant United States Attorney
Texas Bar No. 24052252
1100 Commerce Street, Third Floor
Dallas, TX 75242
Telephone: 214-659-8732
Facsimile: 214-659-8800

Indictment - 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ALYSSA NEYLAND

INDICTMENT

Burglary of a United States Post Office
18 U.S.C. §§ 2115 and 2

Theft of Mail
18 U.S.C. §§ 1708 and 2

Forfeiture Notice
18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c)

3 Counts

A true bill rendered

DALLAS _____ FOREPERSON

Filed in open court this 22 day of July, 2014

_____ Clerk

WARRANT TO ISSUE: Alyssa Neyland

UNITED STATES DISTRICT/MAGISTRATE JUDGE

No Criminal matter pending